```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 4:06CR3133 |
| v. ) | |
| ) | |
| JEFFREY WAYNE TUCKER, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

The clerk is directed to remove filing #31 from the public docket sheet and file it as a sealed motion pursuant to the E-Government Act.

DATED this 20th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge