```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3133 |
| v. | ) | |
| | ) | |
| JEFFREY WAYNE TUCKER and | ) | |
| CHRISTINA ANN LOZA, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. Defendant Tucker's motion to review detention, filing 36, is denied.

2. Trial **as to both defendants** is continued from December 4 to December 18, 2006 at 9:00 a.m., for a duration of three trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 8th day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge