IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 NOV 16 PM 1:41

OFFICE OF THE CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFREY WAYNE TUCKER, )<br>)<br>Defendant. ) | Case No. 4:06CR3133 |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing _____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Appeal from Magistrate's Order Denying Review of Detention and Request for Hearing and the corresponding Order under seal. The District Court Clerk's office shall provide a copy of the Order to defense counsel and Pretrial Services.

DATED this 16th day of November, 2006.

BY THE COURT:

_____
The Honorable Richard G. Kopf
United States District Judge