IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3133-1 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| JEFFREY WAYNE TUCKER, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has filed an appeal from an order issued by Magistrate Judge Piester on November 8, 2006 (filing 38), which denied without comment Defendant's motion to review detention (filing 36). After consulting with Pretrial Services and reviewing the reports that were provided to Judge Piester, I conclude that Defendant's appeal should be denied and the Magistate's Judge's order sustained.

As the Pretrial Services' report indicates, Defendant has a poor record of compliance with previous orders of this court as well as orders of state courts and law enforcement officers. Additionally, he is facing another drug-related charge, with allegations of possessing a firearm during the commission of that offense, after convictions for similar offenses twice within the past ten years. It appears that no combination of conditions exist which will mitigate the significant risks of danger to the community and nonappearance that is reflected in his prior record.

Accordingly,

IT IS ORDERED that:

1. Defendant's statement of appeal (filing 42) is denied.

2. The Magistrate Judge's order entered on November 8, 2006 (filing 38), is sustained and shall not be disturbed.

November 21, 2006.           BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge