IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3133 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JEFFREY TUCKER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) At the request of the defendant through his counsel, the defendant will participate in his October 24, 2007 Rule 35 hearing by telephone.

(2) The Marshal is directed not to return the defendant to the district.

(3) The defendant is held to have waived his right to be present.

September 11, 2007.  BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge