IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:06CR3133 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JEFFREY WAYNE TUCKER, | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the government's unopposed motion to cancel the October 24, 2007 Rule 35 hearing (filing 99) is granted. Counsel for the government shall notify the court when the motion for reduction in sentence pursuant to Rule 35(b) (filing 90) is ripe for decision. The motion shall not be decided until counsel for the government certifies that the motion is ripe.

    October 18, 2007.        BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge